# United States Court of Appeals
## For the First Circuit

No. 14-1926

HELDER BARBOSA,

Petitioner, Appellant,

v.

LISA A. MITCHELL, SUPERINTENDENT,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on January 28, 2016, is amended as follows:

On page 7, lines 20-21, replace Barbosa v. Mitchell, 131 S. Ct. 2441 (2011), with Barbosa v. Massachusetts, 390 U.S. 990 (2011).